UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH ANTWAN ARTIS, | Case No. 22-11718 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| LT. BORDIN, *et al.*, | Kimberly G. Altman |
| Defendants. | United States Magistrate Judge |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S MAY 12, 2023
REPORT AND RECOMMENDATION (ECF No. 27)**

Currently before the court is Magistrate Judge Kimberly G. Altman's May 12, 2023 Report and Recommendation. (ECF No. 27). Magistrate Judge Altman recommends granting Defendants' motion for summary judgment on the basis of Plaintiff's failure to exhaust his administrative remedies and further recommends dismissing the complaint without prejudice. (ECF Nos. 27, 23). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate

Judge's recommended disposition. Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 27), **GRANTS** Defendants' motion for summary judgment (ECF No. 23), and **DISMISSES** the complaint without prejudice.

    **SO ORDERED**.

Date: June 2, 2023                            s/F. Kay Behm
                                                              F. Kay Behm
                                                               United States District Judge